|  |  |  |
|---|---|---|
| Darnell Williams, on behalf of himself and all others similarly situated, | ) ) ) ) | **United States District Court** **Northern District of Illinois** |
| Plaintiffs, | ) ) ) | Case No.: 1:25-cv-09701 |
| v. | ) ) ) | **STIPULATION OF DISMISSAL** |
| Pacific & Everest Lifestyle Co., | ) ) | **WITH PREJUDICE** |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: April 8, 2026

/s/ David B. Reyes

David B. Reyes, Esq.

EQUAL ACCESS LAW GROUP, PLLC

68-29 Main Street

Flushing, NY 11367

Tel: (630)-478-0856

Email: Dreyes@ealg.law

*Attorney for Plaintiff*

/s/ Glenn Rice

Glenn Rice

Clark Hill

130 E. Randolph, Suite 3900

Chicago, IL 60601

Tel: 312-701-6895

Email: grice@clarkhill.com

*Attorney for Defendant*